No. 595.   SWIFT & CO. ET AL. *v.* UNITED STATES ET AL. See *ante,* p. 216.

No. 1097.   WALLER *v.* YOUELL, SUPERINTENDENT.   June 1, 1942.

No. 809.   SUMMERS *v.* RICE ET AL.   June 1, 1942. 315 U. S. 808.

No. 1034.   MARINE *v.* COE, COMMISSIONER OF PATENTS. June 1, 1942.

No. 738.   UNITED STATES *v.* CITIZENS LOAN & TRUST CO., ADMINISTRATOR.   June 1, 1942.

No. 923.   PHILLIPS PIPE LINE CO. *v.* UNITED STATES. June 1, 1942.

No. 1058.   MIDLAND COOPERATIVE WHOLESALE, INC. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL.   June 1, 1942.

No. 649.   MISHAWAKA RUBBER & WOOLEN MANUFAC-TURING CO. *v.* S. S. KRESGE CO.   June 1, 1942.

No. 665.   PENCE *v.* UNITED STATES.   June 1, 1942.

No. 1081.   PRICE *v.* JOHNSTON, WARDEN.   June 1, 1942.

No. 348.   SEMINOLE NATION *v.* UNITED STATES.   See *ante,* p. 286.